IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK J. SPENCER,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOSE POLICE DEPARTMENT;<br>SANTA CLARA TASK FORCE,<br><br>    Defendants.<br>                                        / | No. C 16-0425 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

      On May 11, 2016, plaintiff's civil rights complaint was dismissed for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint. He has failed to do so. This case is accordingly **DISMISSED**. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has ben dismissed with leave to amend and plaintiff doe not amend, further district court determination is necessary).

      The clerk shall enter judgment and close the file.

      IT IS SO ORDERED.

Dated: July __15__, 2016.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE