United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   MARK J. SPENCER,                         No. C 16-0425 WHA (PR)

10            Plaintiff,                      **ORDER OF DISMISSAL**

11   v.

12   SAN JOSE POLICE DEPARTMENT;
    SANTA CLARA TASK FORCE,
13
              Defendants.
14   _____/

15
          On May 11, 2016, plaintiff's civil rights complaint was dismissed for failure to present a
16
    cognizable claim for relief.  Plaintiff was granted 28 days to file an amended complaint.  He has
17
    failed to do so.  This case is accordingly **DISMISSED**.  *See WMX Technologies v. Miller*, 104
18
    F.3d 1133, 1136 (9th Cir. 1997) (when complaint has ben dismissed with leave to amend and
19
    plaintiff doe not amend, further district court determination is necessary).
20
          The clerk shall enter judgment and close the file.
21
          IT IS SO ORDERED.
22

23   Dated: July ___15___, 2016.
                                             _____
24                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28